RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for LEONARDO BLUNDO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00034-JAD-EJY |
| Plaintiff, | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| v. | |
| LEONARDO BLUNDO, | |
| Defendant. | |

Notice is hereby given that Assistant Federal Public Defender, CHRISTOPHER P. FREY will serve as co-counsel for the above captioned defendant.

Counsel's address is as follows:

Federal Public Defender, District of Nevada
200 S. Virginia Street, Suite 340
Reno, Nevada 89501

DATED March 20, 2026.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Christopher P. Frey*
CHRISTOPHER P. FREY
Assistant Federal Public Defender